To The Clerk of The Court of Criminal Appeals
Writ # CR13268-A

Re; Ex parte

James Ostrander  # 1675595

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

Applicant: Dear Clerk, I filed a
Habeas Corpus on 11-7-2013 in the 266th Judicial
District Court of Erath Co., Tx., and the State's
Response was filed 12-20-2013. The Clerk of the
Court was ordered to Forward all the Records in
my case along with a copy of The Order To
The Court of Criminal Appeals in January 2014.
However, I haven't received anything from this
Court indicating that you did infact recieve my
Application For A Writ of Itabeus Corpus. Would
you please investigate this matter and let me
know the Disposition of my proceedings ASAP:

Your Assistance is Highly
Appreciated:
James Ostrander
# 1675595
Hughes Unit
Rt 2 Box 4400
Gatesville Tx 76597